[No. 26959-7-II.   Division Two.   August 17, 2001.]

GREGG A. REICHERT, ET AL., *Respondents*, v. LEWIS COUNTY
SHELTER PROGRAM, *Appellant*, THE CITY OF CENTRALIA,
ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Lewis
County, No. 00-2-00309-7, Richard L. Brosey, J., entered
January 5, 2001. *Affirmed in part, reversed in part* and
*remanded* by unpublished opinion per Morgan, J., con-
curred in by Hunt, A.C.J., and Quinn-Brintnall, J.

[No. 46073-1-I.   Division One.   August 20, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. RENORLDO TERRELL
MIXON, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 99-1-08681-0, Helen Halpert, J., entered Feb-
ruary 14, 2000. *Dismissed* by unpublished per curiam
opinion.

[No. 46219-9-I.   Division One.   August 20, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. MARTIN ALFRED
LIVI, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 99-1-08372-1, Carol A. Schapira, J., entered
February 11, 2000. *Affirmed* by unpublished opinion per
Ellington, J., concurred in by Coleman and Baker, JJ.

[No. 46309-8-I.   Division One.   August 20, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. JUAN CARLOS
MARTINEZ-OCHOA, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 99-1-06706-8, Nicole MacInnes, J., entered
March 6, 2000. *Dismissed* by unpublished per curiam
opinion.